No. 73–6132. RAMOS ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 73–6134. EDWARDS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6142. RADUE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6164. FRANCIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6177. McCOY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–6205. HEIMFORTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6216. NELSON v. HENDERSON, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6219. COLEMAN v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 73–6231. SMILGUS v. KENT, JUDGE. C. A. 6th Cir. Certiorari denied.

No. 73–6236. YEAGER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6244. FREEMAN v. BLACKLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 73–6245. DAYE v. COOPER ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–6248. WALLACE v. HOFFMAN ET AL. C. A. 8th Cir. Certiorari denied.